Day Adventists to work on her Sabbath. See also *NAACP* v. *Button,* 371 U. S. 415, 438 (1963).

I would grant the writ because I believe that the petitioner has presented a substantial question and possibly one of important constitutional dimensions that warrants plenary—not summary—consideration.

No. 2384, Misc. McLUCAS ET AL. *v.* PALMER, JUDGE. C. A. 2d Cir. Motion to expedite consideration of petition granted. Certiorari denied. ▮▮▮▮▮▮▮

▮▮▮▮▮▮

▮▮▮▮▮▮

No. 776, October Term, 1968. UTAH PUBLIC SERVICE COMMISSION *v.* EL PASO NATURAL GAS CO. ET AL., 395 U. S. 464. All petitions for rehearing, motions, and other petitions filed in this case denied. MR. JUSTICE HARLAN and MR. JUSTICE STEWART would call for responses to petitions for rehearing and to other motions and petitions referred to in this Court's order. MR. JUSTICE BRENNAN, MR. JUSTICE WHITE, and MR. JUSTICE MARSHALL took no part in the consideration or decision of this order.

No. 1409. BELL *v.* GOVERNMENT OF THE VIRGIN ISLANDS, 398 U. S. 937;

No. 1442. DEAN FOODS CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD, 398 U. S. 939;

No. 2, Misc. CHANDLER, U. S. DISTRICT JUDGE *v.* JUDICIAL COUNCIL OF THE TENTH CIRCUIT, 398 U. S. 74;

No. 1665, Misc. EVANS *v.* UNITED STATES, 397 U. S. 1058;

No. 1822, Misc. PETERSON *v.* MISSOURI, 398 U. S. 931; and

No. 2037, Misc. CARRIGAN *v.* ERICH P. KARLSSON BUILDERS, INC., 398 U. S. 953. Petitions for rehearing denied. MR. JUSTICE MARSHALL and MR. JUSTICE BLACKMUN took no part in the consideration or decision of these petitions.